# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                CASE NO. 3:04cr74-01RV

JAMES A. SHARPE, SR.

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  February 15, 2007
Motion/Pleadings:  SECOND MOTION to extend date of Surrender to Bureau of Prisons
Filed by  Defendant  on 02/14/2007  Doc.#  180
RESPONSES:

                                                  on  Doc.#
                                                  on  Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut
LC (1 OR 2)                          Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th of February, 2007, that:*

*(a) The relief requested is GRANTED to February 26, 2007.*

*(b)* _____

                                                /s/ *Roger Vinson*
                                                       *ROGER VINSON*
                                                *Senior United States District Judge*